UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY DAVIS (#356886)

VERSUS

JONATHAN A. ROUNDTREE, ET AL.

CIVIL ACTION

NO. 12-41-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 6, 2014 (doc. no. 86). The plaintiff filed an objection which merely restates his prior arguments or addresses irrelevant issues.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Motion for Summary Judgment is DENIED, the defendants' Motion for Summary Judgment is GRANTED and this action is DISMISSED.

Baton Rouge, Louisiana, this 12th day of September, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA